# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO QUINTANA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGEPETH, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-5259-PSG (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed by Petitioner, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objections have been made. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　IT IS HEREBY ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED:  September 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE