# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO QUINTANA, | ) Case No. CV 08-5259-PSG (JEM) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| | ) |
| A. HEDGEPETH, Warden, | ) |
| Respondent. | ) |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: September 2, 2009

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE